UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20804-CR-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CARLOS JAVIER GONZALEZ,

       Defendant.
_____/

## FINAL ORDER OF FORFEITURE

Upon motion of the United States for entry of a final order of forfeiture, pursuant to Title 31, United States Code, Sections 5317(c) and 5332(b)(2)-(3), Title 21, United States Code, Section 853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure, upon a review of the record in this matter and for good cause shown thereby, the Court finds that:

1.    On December 27, 2007, this Court entered a Preliminary Order of Forfeiture [DE #34], condemning and forfeiting the interest of defendant Carlos Javier Gonzalez in the following to the United States of America:

    a.    approximately forty-three thousand, five hundred fifty-six dollars ($43,556.00) in United States currency and other monetary instruments; and

    b.    approximately eight hundred fourteen thousand (814,000.00) Bolivares, that is, Venezuelan currency.

2. On January 30, 2008, a Notice of the order forfeiting the property identified in the Preliminary Order was published in the <u>Miami Daily Business Review</u>, a newspaper of general circulation. The published notice stated the intent of the United States to forfeit all right, title and interest in and to dispose of the property identified in said Preliminary Order of Forfeiture; advised all third parties, if any, of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and set forth the requirement that anyone seeking to claim an interest in the property to be forfeited must file a petition in conformance with Title 21, United States Code, Section 853(n), within thirty days after the earlier of the final date of publication of the notice or the receipt of actual notice.

3. The time for filing petitions has expired.

4. The Proof of Publication of Notice of Forfeiture was filed with the Clerk of this Court on February 20, 2008 [DE #48].

5. All persons known to the United States to have a legal interest in the property ordered forfeited have thereby been notified according to Title 21, United States Code, Section 853(n)(1).

6. No third party has filed a timely petition for an ancillary hearing and the Court is not aware of any party having any interest in the property ordered forfeited by the Preliminary Order of Forfeiture identified herein above.

ACCORDINGLY, pursuant to Title 31, United States Code, Sections 5317(c) and 5332(b)(2)- (3), and Title 21, United States Code, Section 853(n), and for good cause shown, it is hereby:

**ORDERED, ADJUDGED and DECREED** that all right, title and interest in:

a.  approximately forty-three thousand, five hundred fifty-six dollars ($43,556.00) in United States currency and other monetary instruments; and

b.  approximately eight hundred fourteen thousand (814,000.00) Bolivares, that is, Venezuelan currency;

is hereby forfeited to and clear title vested in the United States of America.

It is further **ORDERED** that the United States Immigration and Customs Enforcement, or any other duly authorized law enforcement officials, shall dispose of the forfeited property in accordance with the law.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 25th day of APRIL, 2008.

WILLIAM J. ZLOCH
United Stated District Judge

cc:   AUSA Arimentha R. Walkins (2 certified copies)

3